## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**WALDER T. CONNER,**
      **Petitioner,**

**vs.**                                  **CASE NO.:  5:07cv71/MCR/MD**

**WALTER A. MCNEIL,**
      **Respondent.**
_____/

# O R D E R

        This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 14, 2008.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

        Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

        Accordingly, it is now ORDERED:

        1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

        2.      The petition for writ of habeas corpus (doc. 1), challenging the convictions and sentences in *State of Florida v. Walder T. Conner*, in the Circuit Court of Holmes County, Florida, case number 00-248, is DISMISSED WITH PREJUDICE.

        3.      The clerk is directed to close the file.

        DONE AND ORDERED this 14th day of July, 2008.

                       s/ *M. Casey Rodgers*
                       **M. CASEY RODGERS**
                       **UNITED STATES DISTRICT JUDGE**